STEVEN G. KALAR
Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Candis_Mitchell@fd.org

Counsel for Defendant Serrano-Penado

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 19–190 CRB (JSC) |
| Plaintiff, | **Stipulation And [Proposed] Order For Release** |
| v. | |
| **Marvin Serrano-Penado,** | |
| Defendant. | |

    Defendant Marvin Antonio Serrano-Penado is presently in custody at Santa Rita Jail on allegations that he violated his supervised release conditions. On December 2, 2020, the parties appeared in the above captioned case before the Court. At the conclusion of the hearing, the Court ordered Mr. Serrano-Penado to be released to the Jericho Project and with specific conditions. After consultation between the parties, the probation office, and under direction of the court, the parties submit the attached proposed order to effectuate the conditions and release.

IT IS SO STIPULATED.

Dated:    December 2, 2020

STEVEN G. KALAR
Federal Public Defender
Northern District of California

        /S
CANDIS MITCHELL
Assistant Federal Public Defender

Dated:    December 2, 2020

DAVID L. ANDERSON
United States Attorney
Northern District of California

        /S
CLAUDIA QUIROZ
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER FOR RELEASE AND CONDITIONS
*SERRANO-PENADO*, CR 19–190 CRB (JSC)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**  Plaintiff,  v.  **Marvin Serrano-Penado,**  Defendant. | **Case No.:** CR 19–190 CRB (JSC)  ~~[Proposed]~~ **Order For Release** |

Defendant Marvin Serrano-Penado is ordered released from custody at Santa Rita Jail. His release includes the following conditions:

1. Mr. Serrano-Penado is to be released from Santa Rita Jail to a representative of Jericho Project after return of a negative of a negative COVID test.
2. After his release and admission into the Jericho Project, Mr. Serrano-Penado is to sign a release permitting the U.S. Probation Office to review records generated from his participation in the project.
3. After his release and admission into the Jericho Project, Mr. Serrano-Penado should contact his probation officer, Joe Milliken.

All other previously imposed conditions of supervised release remain in effect.

1
2
3
4     IT IS SO ORDERED.
5
6     Dated:    Dec. 2, 2020
                                                            _____
7                                                           JACQUELINE SCOTT CORLEY
                                                            United States Magistrate Judge
8